## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ronald Lane Smith<br>　　　　　　Debtor | CHAPTER 7 |
| Lakeview Loan Servicing, LLC<br>　　　　　　Movant<br>　　vs.<br>Ronald Lane Smith<br>　　　　　　Debtor<br>Michael H. Kaliner Esq.<br>　　　　　　Trustee | NO. 15-15135 REF<br><br>11 U.S.C. Section 362 |

### ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 7485 Beth Bath Pike, Bath, PA 18014 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: December 13, 2016**

　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list