United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald Lane Smith  
       Debtor

Case No. 15-15135-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Dec 13, 2016  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.  
db            +Ronald Lane Smith,   331 W. Frances Street,   Jacksonville, NC 28546-7776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC  
          bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,  
          pa35@ecfcbis.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         ZACHARY   ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com  
                                                                                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ronald Lane Smith<br>　　　　　　　　　Debtor | CHAPTER 7 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　　　Movant<br>　　vs.<br>Ronald Lane Smith<br>　　　　　　　　　Debtor | NO. 15-15135 REF |
| Michael H. Kaliner Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 7485 Beth Bath Pike, Bath, PA 18014 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: December 13, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list