**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RONALD LANE SMITH | : | No. 15-15135-ref |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date of Hearing:   **November 21, 2017**
Time of Hearing:   **9:30 a.m.**

Location:   **U.S. Bankruptcy Court**
**The Madison Building**
**3rd Floor, Courtroom 1**
**400 Washington Street**
**Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Abandon Property pursuant to 11 U.S.C. §554. I further certify that the Notice of Motion to Abandon Property, Response Deadline and Hearing Date, was served by first-class mail and/or electronic notification on October 26, 2017, to the Debtor, the Chapter 7 Trustee, the U.S. Trustee, and all creditors as they appear on Debtor's mailing matrix. The deadline for a response was November 9, 2017. Debtor seeks the entry of an order granting the requested relief.

                                  Respectfully Submitted,

Date: <u>November 10, 2017</u>      By:    */s/ Zachary Zawarski*
                                                ZACHARY ZAWARSKI, ESQUIRE
                                                3001 Easton Avenue
                                                Bethlehem, PA 18017
                                                Phone: (610) 417-6345
                                                Fax: (610) 465-9790
                                                zzawarski@zawarskilaw.com
                                                Attorney ID No.: 308348
                                                Attorney for Debtor