**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RONALD LANE SMITH | : | No. 15-15135-ref |
| Debtor | : | |
| | : | |

## **ORDER**

Upon consideration of Debtor's Motion to Abandon Property filed pursuant to 11 U.S.C.

§ 554, and upon Debtor having certified that adequate notice of the Motion was sent to the

United States Trustee, Chapter 7 Trustee, all creditors and parties in interest, and that no answer

or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is GRANTED by default and Debtor's real

estate located at 731 N. Lumber Street, Allentown, PA 18102 is considered ABANDONED to

the Debtor and no longer remains property of the estate.  It is intended that this order be

interpreted by Nationstar Mortgage as allowing Debtor to pursue a short sale for this property.

BY THE COURT:

**Date: November 14, 2017**

_____

RICHARD E. FEHLING
United States Bankruptcy Judge