United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-15135-ref
Ronald Lane Smith                                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Nov 14, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db            #+Ronald Lane Smith,    331 W. Frances Street,    Jacksonville, NC 28546-7776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
          MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,
           pa35@ecfcbis.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com
                                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RONALD LANE SMITH | : | No. 15-15135-ref |
| Debtor | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of Debtor's Motion to Abandon Property filed pursuant to 11 U.S.C. § 554, and upon Debtor having certified that adequate notice of the Motion was sent to the United States Trustee, Chapter 7 Trustee, all creditors and parties in interest, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is GRANTED by default and Debtor's real estate located at 731 N. Lumber Street, Allentown, PA 18102 is considered ABANDONED to the Debtor and no longer remains property of the estate.  It is intended that this order be interpreted by Nationstar Mortgage as allowing Debtor to pursue a short sale for this property.

BY THE COURT:

**Date: November 14, 2017**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge