**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Ronald Lane Smith,  :
          :
          :           Chapter 7
          :
     Debtor(s)   :           Bky. No. 15-15135-REF

## CERTIFICATE OF COSTS

The sum of **$350.00** as been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. §1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of Fiscal Department, Suite 300, The Madison, 400 Washington Street, Reading, Pa., 19601.

The following is a breakdown of costs incurred but not yet paid:

| Reason for Fee | Number | Costs |
|---|---|---|
| Notices | N/A | $ 0.00 |
| Claims | N/A | $ 0.00 |
| Complaint | 18-270 | $ 350.00 |
| Copies | None | $ 0.00 |
| Other | None | $ 0.00 |
| **Total:** | | **$350.00** |

Dated at Reading, Pa. this
4th day of March, 2019

**TIMOTHY B. MCGRATH**
**CLERK OF COURT**

s/ Violet Emory,
Deputy-in-Charge
U.S. Bankruptcy Court
The Madison, Suite 300
400 Washington Street
Reading, PA 19601