United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ronald Lane Smith
    Debtor

Case No. 15-15135-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Mar 28, 2019
                 Form ID: pdf900    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.

```
db              #+Ronald Lane Smith,    331 W. Frances Street,    Jacksonville, NC 28546-7776
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13566127         +American Express,    P.O. Box 3001,    16 General Warren Blvd.,    Malvern, PA 19355-1245
13621979          American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13566128         +American Express Bank, FSB,    4315 S. 2700 West,    Salt Lake City, UT 84184-0002
13566129          American Express Legal,    Jordan W. Felzer, Esq.,    P.O. Box 2163,
                   Southeastern, PA 19399-2163
13566130        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America, N.A.,     P.O. Box 982235,    El Paso, TX 79998)
13566132         +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
13566133         +Citibank, N.A./The Home Depot,    Attn: Bankruptcy Dept.,    P.O. Box 790040,
                   Saint Louis, MO 63179-0040
13566134         +Danny Williams,    503 S. Shore Drive,    Jacksonville, NC 28540-6124
13566137         +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                   Philadelphia, PA 19106-1538
13566136         +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13574478         +Lakeview Loan Servicing, LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                   Philadelphia, PA 19106-1541
13566138         +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                   Coral Gables, FL 33146-1837
13566141        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,     Attn: Bankruptcy Dept.,
                   350 Highland Dr.,    Lewisville, TX 75067)
13566142         +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13566143         +St. Luke’s Hospital,    801 Ostrum Street,    Bethlehem, PA 18015-1065
13566144          St. Luke’s Physician Group,    P.O. Box 5386,    Bethlehem, PA 18015-0386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:45:03
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2019 02:45:12     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13566131        +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 02:44:43     Capital One/Kohl’s,
                   N56 W. 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
13566135         E-mail/Text: mrdiscen@discover.com Mar 29 2019 02:44:40     Discover Financial Services, LLC,
                   P.O. Box 15316,    Wilmington, DE 19850
13604549         E-mail/Text: mrdiscen@discover.com Mar 29 2019 02:44:40     Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13566139         E-mail/Text: camanagement@mtb.com Mar 29 2019 02:44:47     M&T Bank,    Attn: Bankruptcy Dept.,
                   1100 Wehrle Dr., 2nd Floor,    Williamsville, NY 14221
13645337        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 02:56:05
                   PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13566145         E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 02:55:53     Synchrony Bank/Lowe’s,
                   Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13566140        ##+National Penn Bank,    16 W. Philadelphia Ave.,    Boyertown, PA 19512-1428
13566146        ##+Wendy Lee Smith,    P.O. Box 60503,    King of Prussia, PA 19406-0503
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Mar 28, 2019
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Plaintiff Michael H. Kaliner mhkaliner@gmail.com,
               pa35@ecfcbis.com
              MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,
               pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: SMITH, RONALD LANE § | Case No. 15-15135-REF |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL H. KALINER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANRUPTCY COURT
SUITE 300
THE MADISON BUILDING
400 WASHINGTON STREET
READING, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/25/2019 in Courtroom 1, United States Courthouse,
THE MADISON BUILDING
400 WASHINGTON STREET
READING, PA 19606.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/27/2019     By: /s/MichaelH. Kaliner
                                                    Trustee

MICHAEL H. KALINER
350 S. Main Street
Suite 105
Doylestown, PA  18901
(215) 230-4250

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: SMITH, RONALD LANE | § | Case No. 15-15135-REF |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 24,035.08 |
| *and approved disbursements of* | $ 365.17 |
| *leaving a balance on hand of* [1] | $ 23,669.91 |
| **Balance on hand:** | $ 23,669.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,669.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL H. KALINER | 3,153.51 | 0.00 | 3,153.51 |
| Trustee, Expenses - MICHAEL H. KALINER | 40.56 | 0.00 | 40.56 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,544.07 |
| Remaining balance: | $ 20,125.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,125.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,125.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,963.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,152.25 | 0.00 | 6,359.64 |
| 2 | American Express Bank, FSB | 19,272.21 | 0.00 | 13,391.69 |
| 3 | PYOD, LLC its successors and assigns as assignee | 538.97 | 0.00 | 374.51 |

Total to be paid for timely general unsecured claims: $ 20,125.84
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL H. KALINER
Trustee

MICHAEL H. KALINER
350 S. Main Street
Suite 105
Doylestown, PA 18901
(215) 230-4250

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**