UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :
SMITH, RONALD LANE                                  :    Case No. 15-15135 REF
                                                    :
                                                    :    Chapter 7 -- Liquidation
                                                    :
            Debtor(s).                              :
                                                    :

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 25 day of April 2019, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE