UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| SMITH, RONALD LANE | : | Case No. 15-15135 REF |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtor(s). | : | |
| | : | |

ORDER OF DISTRIBUTION

AND NOW, this __25__ day of __April__ 2019, the Trustee _____, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

_____
RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE