UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| SMITH, RONALD LANE | : | Case No. 15-15135 REF |
| | : | |
| | : | Chapter 7 -- Liquidation |
| | : | |
| Debtor(s). | : | |
| | : | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _25_ day of _April_____, 2019, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $3,153.51 is reasonable compensation

for the services in this case by MICHAEL H. KALINER, trustee; that such sum does not exceed

the limitations prescribed by Section 326 of the Bankruptcy Code, that $40.56 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the

trustee.

By the Court,

_____
RICHARD E. FEHLING
Chief United States Bankruptcy Judge