United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-15135-ref
Ronald Lane Smith                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Apr 25, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db         #+Ronald Lane Smith,    331 W. Frances Street,    Jacksonville, NC 28546-7776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
     DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
      bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
     MICHAEL H KALINER    on behalf of Plaintiff Michael H. Kaliner mhkaliner@gmail.com,
      pa35@ecfcbis.com
     MICHAEL H. KALINER     on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,
      pa35@ecfcbis.com
     THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     ZACHARY   ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com
                                                                                                     TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

SMITH, RONALD LANE  :  Case No. 15-15135 REF

:  Chapter 7 -- Liquidation

Debtor(s).

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 25 day of April 2019, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE