United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald Lane Smith  
    Debtor

Case No. 15-15135-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Lisa   Page 1 of 1   Date Rcvd: Apr 25, 2019  
    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.  
db      #+Ronald Lane Smith,   331 W. Frances Street,   Jacksonville, NC 28546-7776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:  
     DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC  
     bkgroup@kmllawgroup.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC  
     bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
     MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com  
     MICHAEL H KALINER    on behalf of Plaintiff Michael H. Kaliner mhkaliner@gmail.com,   pa35@ecfcbis.com  
     MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,   pa35@ecfcbis.com  
     THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     ZACHARY ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com  
     TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

SMITH, RONALD LANE                    :    Case No. 15-15135 REF

                                      :    Chapter 7 -- Liquidation

Debtor(s).

ORDER OF DISTRIBUTION

AND NOW, this __25__ day of __April__ 2019, the Trustee _____, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Trustee's Proposed Distribution, estate monies in the amount indicated in such Distribution, within (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred and twenty five (125) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report.

_____
RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE