United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-15135-jkf
Ronald Lane Smith                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 24, 2019
                        Form ID: pdf900       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db             #+Ronald Lane Smith,    331 W. Frances Street,    Jacksonville, NC 28546-7776
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13566127        +American Express,    P.O. Box 3001,    16 General Warren Blvd.,    Malvern, PA 19355-1245
13621979         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13566128        +American Express Bank, FSB,    4315 S. 2700 West,    Salt Lake City, UT 84184-0002
13566129        #American Express Legal,    Jordan W. Felzer, Esq.,    P.O. Box 2163,
                  Southeastern, PA 19399-2163
13566130       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America, N.A.,     P.O. Box 982235,    El Paso, TX 79998)
13566132        +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
13566133        +Citibank, N.A./The Home Depot,    Attn: Bankruptcy Dept.,    P.O. Box 790040,
                  Saint Louis, MO 63179-0040
13566134        +Danny Williams,    503 S. Shore Drive,    Jacksonville, NC 28540-6124
13566137        +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                  Philadelphia, PA 19106-1538
13566136        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13566138        +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                  Coral Gables, FL 33146-1837
13574478        +Lakeview Loan Servicing, LLC,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13566141       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     Attn: Bankruptcy Dept.,
                  350 Highland Dr.,    Lewisville, TX 75067)
13566142        +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13566143        +St. Luke's Hospital,    801 Ostrum Street,    Bethlehem, PA 18015-1065
13566144         St. Luke's Physician Group,    P.O. Box 5386,    Bethlehem, PA 18015-0386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:37
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13566131       +E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:58      Capital One/Kohl's,
                  N56 W. 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
13566135        E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52      Discover Financial Services, LLC,
                  P.O. Box 15316,    Wilmington, DE 19850
13604549        E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13566139        E-mail/Text: camanagement@mtb.com Jun 25 2019 03:09:08      M&T Bank,    Attn: Bankruptcy Dept.,
                  1100 Wehrle Dr., 2nd Floor,    Williamsville, NY 14221
13645337       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:17:08
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 9008,    Greenville, SC 29602-9008
13566145        E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:46      Synchrony Bank/Lowe's,
                  Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13566140         ##+National Penn Bank,    16 W. Philadelphia Ave.,    Boyertown, PA 19512-1428
13566146         ##+Wendy Lee Smith,    P.O. Box 60503,    King of Prussia, PA 19406-0503
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Antoinett              Page 2 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Plaintiff Michael H. Kaliner mhkaliner@gmail.com,
               pa35@ecfcbis.com
              MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,
               pa35@ecfcbis.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor Ronald Lane Smith zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

SMITH, RONALD LANE

Case No. 15-15135

Chapter 7 -- Liquidation

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 23rd day of June, 2019, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
Bankruptcy Judge
Jean K. FitzSimon